**Fill in this information to identify the case:**

**Debtor 1**  Ritesh Dalal

**Debtor 2**
(Spouse, if filing)

United States Bankruptcy Court for the : **Northern**    **District of**  Illinois
(State)

**Case number**  23-03768

---

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**  MSR Asset Vehicle LLC    **Court claim no.** (if known): 8

**Last four digits** of any number you use to identify the debtor's account:  XXXXXX9580

**Date of payment change:**
Must be at least 21 days after date of this notice    10/1/2024

**New total payment:**
Principal, interest, and escrow, if any    $3,942.18

---

**Part 1:   Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:**    $ 1569.83    **New escrow payment :**    $ 1,755.80

**Part 2:   Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:**    %    **New interest rate:**    %

   **Current principal and interest payment:**    $ _____    **New principal and interest payment:**    $ _____

**Part 3:   Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:**    $ _____    **New mortgage payment:**    $ _____

---

Debtor 1 **Ritesh Dalal** Case number *(if known)* 23-03768
First Name   Middle Name   Last Name

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Reka Beane                                    Date   08/23/2024
   Signature

Print:   Reka                              Beane              Title   Authorized Agent for Creditor
         First Name   Middle Name          Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number   Street
          Roswell                  GA           30076
          City                     State        ZIP Code

Contact phone   954-332-9370                       Email   Reka.Beane@mccalla.com

Official Form 410S1                Notice of Mortgage Payment Change                        page 2

|  | Bankruptcy Case No.: 23-03768 |
|---|---|
| In Re: | Chapter: 13 |
| Ritesh Dalal | Judge: Janet S. Baer |

## CERTIFICATE OF SERVICE

I, Reka Beane, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Ritesh Dalal
39W890 Carney Lane
Geneva, IL 60134

David H Cutler                                  (*Served via ECF at cutlerfilings@gmail.com*)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

Glenn B Stearns, Trustee                        (*Served via ECF Notification*)
801 Warrenville Road
Suite 650
Lisle, IL 60532

Patrick S Layng                                 (*Served via ECF Notification*)
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   08/26/2024      By:   /s/Reka Beane
                  (date)              Reka Beane
                                      Authorized Agent for Creditor



PHH Mortgage Services
PO Box 24738
West Palm Beach, FL 33416

Loan number: 

### Questions?

Visit us at
www.MortgageQuestions.com
**Call toll free** 1-844-939-3737
**Fax** 1-856-917-8300

RITESH S DALAL
39W890 CARNEY LN
GENEVA, IL  60134

## Your Annual Escrow Statement Dated: July 24, 2024

### Why am I getting this statement?

In accordance with federal guidelines your escrow account is reviewed at least one time per year; however, certain circumstances may require an additional review. This statement is a result of that review known as an escrow analysis statement, which determines if sufficient funds are available to pay your taxes and/or insurance. This statement is a projection of your escrow account and may also include a history of the escrow activity on your loan since the time you last received an escrow analysis statement. The enclosed update follows notice of the account's involvement in a bankruptcy petition, filed on March 21, 2023 under chapter 13 of the Bankruptcy Code. This statement should be reviewed carefully. The mortgage payment may be affected. Please contact us at the number above if this account is not part of a Chapter 13 proceeding or plan. If this account has filed for any other Bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case, or received any other discharge under the U.S. Bankruptcy Code that applied to the referenced property, please be advised that this Notice is for information purposes only and not intended as an attempt to collect a debt against you personally.

### What does this mean to me?

Because your escrow account is projected to have less money than is needed, there is a shortage of **$8,038.57.**

The monthly shortage for the next 60 months is **$133.98** and will automatically be added to your monthly payment beginning **October 2024.** Your new monthly payment for **October 2024** will be **$3,942.18.**

### What is a shortage?

A shortage is the difference between the **anticipated** escrow balance and the **required** escrow balance at the beginning of the analysis cycle. A shortage typically results from changes in taxes and/or insurance. Please refer to the enclosed FAQ for additional information.

| | |
|---|---|
| **Anticipated** escrow account balance (as of September 30, 2024): | -$ 6,099.53 |
| Escrow adjusted per Proof of Claim* | $2,926.37 |
| **Required** escrow account balance (as of September 30, 2024 ): | $4,865.41 |
| **Difference resulting in an escrow account shortage:** | **$8,038.57** |

*This amount reflects the adjustment made for the Bankruptcy Proof of Claim:

See reverse ➔

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

Page 1 of 4

This space is intentionally left blank.

**What is my new monthly payment?**

The following table reflects your current monthly payment and new monthly payment:

|  | Current Payment | New Payment with Shortage |
|---|---|---|
| Principal & Interest | $2,186.38 | $2,186.38 |
| Escrow Deposit | $1,569.83 | $1,621.82 |
| Escrow Shortage |  | $133.98 |
| **Total Payment** | **$3,756.21** | **$3,942.18** |

*If your payment is issued by a third party, or if you make payments through a bill pay service, then please make sure your new total monthly payment amount is updated with your service provider.*

**Payment Change Breakdown**

Below are the escrow items we anticipate collecting for and paying on your behalf over the next 12 months. To calculate your new monthly escrow payment of $1,621.82, we added up the actual or estimated tax and insurance payments for the next 12 months beginning with the October 2024 payment and divided the total by 12. Included for the comparison are the Annual Payments we projected to pay during the **last analysis cycle**, as displayed in detail in the history portion of the escrow analysis statement.

| Description | Current Annual Payment | Projected Annual Payment |
|---|---|---|
| Taxes | $16,775.64 | $16,468.80 |
| Insurance | $1,789.00 | $2,993.00 |
| **TOTAL** | **$18,564.64** | **$19,461.80** |

**Prior Year Account History and Coming Year Projections**

**This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure and projects payments, disbursements and balances for the coming year.** The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter "E" beside an amount indicates that all or a portion of a payment or disbursement on that row has not yet occurred but is estimated to occur as shown. An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or date.

Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year. Under Federal Law (RESPA) the lowest monthly balance in your escrow account should be no less than $3,243.63 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise.

Your projected anticipated lowest account balance of $7,721.31- will be reached in August 2025. When subtracted from your minimum required balance of $3,243.63, an Escrow Shortage results in the amount of $8,038.57. These amounts are indicated with **LP**. You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If you have any questions about this statement, please call our Customer Service Department toll free at **1-844-939-3737**.

Page 2 of 4

**Change of name or address**
If your contact information has changed, please give us the new information below.

Name (first, middle, last)

Address (number and street)                                    Suite no.

City                          State                Zip code

Home telephone                Business telephone   Extension
(      )                      (      )
E-mail address



PHH Mortgage Services
PO Box 24738
West Palm Beach, FL 33416

## Your annual escrow statement (continued)
July 24, 2024

RITESH S DALAL
39W890 CARNEY LN
GENEVA, IL 60134

Loan number

**Questions?**

Visit us at
www.MortgageQuestions.com
Call toll free 1-844-939-3737
Fax 1-856-917-8300

### Escrow account projections for the coming year

| Date | Description | Anticipated amounts paid into your escrow account ($) | Anticipated amounts paid out of your escrow account ($) | Anticipated escrow account balance ($) | Required escrow account balance ($) |
|---|---|---|---|---|---|
| | Opening balance | | | -6,099.53 | 4,865.41 |
| Oct 2024 | | 1,621.82 | | -4,477.71 | 6,487.23 |
| Nov 2024 | | 1,621.82 | | -2,855.89 | 8,109.05 |
| Dec 2024 | | 1,621.82 | | -1,234.07 | 9,730.87 |
| Jan 2025 | | 1,621.82 | | 387.75 | 11,352.69 |
| Feb 2025 | HAZARD INS. | 1,621.82 | 2,993.00 | -983.43 | 9,981.51 |
| Mar 2025 | | 1,621.82 | | 638.39 | 11,603.33 |
| Apr 2025 | | 1,621.82 | | 2,260.21 | 13,225.15 |
| May 2025 | COUNTY TAX | 1,621.82 | 8,233.90 | -4,351.87 | 6,613.07 |
| Jun 2025 | | 1,621.82 | | -2,730.05 | 8,234.89 |
| Jul 2025 | TAXES | 1,621.82 | 0.50 | -1,108.73 | 9,856.21 |
| Aug 2025 | COUNTY TAX | 1,621.82 | 8,233.90 | -7,720.81 | 3,244.13 |
| Aug 2025 | AGENCY FEES | | 0.50 | -7,721.31 | 3,243.63 **LP** |
| Sep 2025 | | 1,621.82 | | -6,099.49 | 4,865.45 |
| **Total** | | **$19,461.84** | **$19,461.80** | | |

**LP** - indicates your required escrow lowest balance

### Prior year account History

| Date | Description | Amounts paid into your escrow account Anticipated ($) | Actual ($) | Amounts paid out of your escrow account Anticipated ($) | Actual ($) | Escrow account balance Anticipated ($) | Actual ($) |
|---|---|---|---|---|---|---|---|
| | Opening balance | | | | | 4,641.20 | -5,475.69 |
| Oct 2023 | | 1,547.05 | 1,569.83* | | | 6,188.25 | -3,905.86 |
| Nov 2023 | | 1,547.05 | 1,569.83* | | | 7,735.30 | -2,336.03 |
| Dec 2023 | | 1,547.05 | 1,569.83* | | | 9,282.35 | -766.20 |
| Jan 2024 | HAZARD INS. | 1,547.05 | 1,569.83* | | 2,993.00* | 10,829.40 | -2,189.37 |
| Feb 2024 | HAZARD INS. | 1,547.05 | 1,569.83* | 1,789.00 | * | 10,587.45 | -619.54 |
| Mar 2024 | | 1,547.05 | 1,569.83* | | | 12,134.50 | 950.29 |
| Apr 2024 | | 1,547.05 | 1,569.83* | | | 13,681.55 | 2,520.12 |
| May 2024 | COUNTY TAX | 1,547.05 | 1,569.83* | 8,387.57 | 8,233.90* | 6,841.03 | -4,143.95 |
| May 2024 | AGENCY FEES | | | 0.50 | * | 6,840.53 | -4,143.95 |
| Jun 2024 | TAXES | 1,547.05 | 1,569.83* | | 0.50* | 8,387.58 | -2,574.62 |
| Jul 2024 | | 1,547.05 | 1,569.83* | | | 9,934.63 | -1,004.79 |
| Aug 2024 | COUNTY TAX | 1,547.05 | 1,569.83 E | 8,387.57 | 8,233.90 E | 3,094.11 | -7,668.86 |
| Aug 2024 | AGENCY FEES | | E | | 0.50 E | 3,094.11 | -7,669.36 |
| Sep 2024 | | 1,547.05 | 1,569.83 E | | E | 4,641.16 | -6,099.53 |
| **Total** | | **18,564.60** | **18,837.96** | **18,564.64** | **19,461.80** | | |

Page 3 of 4



PHH Mortgage Services
P.O. Box 24738
West Palm Beach, FL 33416

# ESCROW ANALYSIS BORROWER GUIDE
## FREQUENTLY ASKED QUESTIONS (FAQ)

**What's an escrow analysis?**

The Real Estate Settlement Procedures Act, "RESPA", requires servicers perform an escrow analysis at least one time annually. Any increase or decrease to your annual property taxes and/or insurance premiums may cause the mortgage payment amount to change. We provide details of the annual analysis in the Escrow Account Statement. The statement details the most recent escrow review. You may receive more than one analysis in the year. There are a number of reasons for an interim escrow analysis. The most common reasons are:
- The loan was acquired from another servicer.
- A material change to insurance or tax amounts due.
- Changes which occur after closing.
- Change in Tax or Insurance due dates.

**How is the required escrow beginning account balance determined?**

The required beginning escrow balance is made up of a cushion plus any prorated taxes and/or insurance needed to fulfill the anticipated disbursements for the next 12 months.

**Why did the monthly escrow payment change?**

The monthly escrow payment is comprised of 1/12th of all anticipated annual disbursements. If there is an increase or decrease in the annual tax and/or insurance amounts the monthly escrow collection will change. Please refer to the escrow analysis for a more detailed explanation of the disbursement amounts.

**What's an escrow cushion?**

An escrow cushion is the amount of money set aside in the escrow account to cover any unanticipated costs such as an increase in property taxes or insurance premiums and prevents the escrow balance from being overdrawn. An escrow cushion is held unless the mortgage documents or state law directs otherwise.

**If the escrow account has a surplus when will I receive the overage check?**

If the escrow analysis resulted in an escrow surplus greater than $50.00 and the account is not more than 30 days past due (per RESPA, current is defined as the servicer receiving the borrower's payments within 30 days of the payment due date), has not been referred to foreclosure, and the account is not in bankruptcy at the time the escrow analysis is performed, an escrow refund check will either be included with the escrow analysis statement or sent under separate cover within 30 business days. Any surplus under $50.00 will be adjusted from the monthly escrow payment.

**How do I remove the escrow account?**

Please contact customer service to request a review of the loan for escrow waiver eligibility. Please be advised that investor requirements may not allow the escrow account termination.

**How did you calculate the new escrow payment?**

We list all possible disbursements or expenses such as property taxes or insurance premiums to be paid on your behalf for the next 12 months. We take the total and divide the amount by 12 payments. Total anticipated disbursements divided by 12 payments equals the Monthly Escrow Payment. Due to changes in property taxes or insurance premiums, it is possible the escrow account could end up with a balance which is less than the target cushion amount. This is referred to as a "Shortage". Any shortage of funds in the escrow account will be determined at the time of the escrow analysis. Additionally, it is possible the escrow account could end up with a balance which is greater than the required cushion amount. This is referred to as a "Surplus".

**If I want to send in funds to the escrow account, where do I send the payment?**

You may direct a deposit of any amount solely to the escrow account using our pay by phone service, or Website. There may be fees associated with these payment services. You may also send in additional funds to escrow by mail. If by mail, then be sure to write the loan number on your check, specify "ESCROW application" on the memo line and mail to:
P.O. Box 371867
Pittsburgh, PA 15250-7867
Overnight mail: Attn: 37186
500 Ross Street 154-0470
Pittsburgh, PA 15250.

Once the escrow funds are received, the monthly escrow payment will be adjusted within 10 business days of posting.

Please be advised, if the escrow analysis discloses a shortage greater than one month's escrow payment, PHH cannot and does not require repayment of this amount and, instead, PHH has spread any shortage across the monthly escrow payments.

**What should I do if the loan is escrowed and I received a delinquent tax bill, tax exemption, or tax reduction notice?**

Write the loan number on the correspondence and send it to us as follows:
PHH Mortgage Servicing
Attn: Tax Department
P.O. Box 24665
West Palm Beach FL 33416-4665
Fax 562-682-8880
Email: KanaTax@mortgagefamily.com

**What should I do if I received a check from my insurance carrier for property damage or have questions regarding an existing claim?**

Please contact Assurant toll free 888-882-1815 Monday through Friday 8:00am - 9:00pm ET and Saturday 8:00am - 5:00pm ET.

**What should I do if I change insurance carriers?**

Insurance policy information can be faxed to 937-525-4210 or uploaded to MyCoverage Website at mycoverageinfo.com/mortgagefamily or send via email to MortgageFamily@MyCoverageinfo.com. If you have any questions regarding your insurance policy information, please contact our Insurance customer care directly for further assistance at 888-882-1855, Monday through Friday, 8:00am - 9:00pm ET and Saturday 8:00am - 5:00pm ET.

**What do I do if the account was escrowed as a result of a delinquent tax payment notice and I have proof of payment?**

Write your loan number on the correspondence and send it to us as follows:
PHH Mortgage Servicing
Attn: Tax Department
P.O. Box 24665
West Palm Beach FL 33416-4665
Fax 561-682-8880
Email: **Proofoftaxpayments@mortgagefamily.com**

To obtain additional information about the account, visit www.MortgageQuestions.com